# KELLY & CURTIS, PLLC
*Counselors at Law*

32 Broadway
Suite 304
New York, New York 10004

Telephone: (212) 248-2200
Facsimile: (212) 248-2233
kc@kellyandcurtis.com

January 31, 2023

**VIA ELECTRONIC FILING**
The Honorable Lorna G. Schofield, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

Application **GRANTED in part**. Defendant's deadline to answer or otherwise respond to the Amended Complaint is extended to March 27, 2023. The parties' request to adjourn the initial pretrial conference is **DENIED**.

Dated: February 1, 2023
New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE

RE:  The Phoenix Insurance Company v. Starr Indemnity & Liability Company
     Docket No.    :    1:22-CV-10277-LGS
     Our File No.  :    03-1817.CVS

Dear Judge Schofield:

Our office represents defendant Starr Indemnity & Liability Company ("Starr") in the above-referenced matter. This matter is a declaratory judgment action wherein plaintiff seeks coverage on behalf of its named insured and two entities as additional insureds on a commercial general liability policy issued by Starr.

Attached herewith please find a proposed Stipulation and Order Extending Time to Respond to Complaint. Starr seeks an extension of time to respond to the Complaint until March 27, 2023. The parties additionally request the Court adjourn the telephonic conference presently scheduled on February 22, 2023 to a date of the Court's discretion after Starr' time to answer.

The original answer was due on January 3, 2023, and the Court granted a first extension of time to answer until February 10, 2023. Thereafter, on January 18, 2023, plaintiff filed a First Amended Complaint. The parties have been engaged in settlement discussions, including the claims raised in the Amended Complaint, have made significant progress, and are hopeful the action may soon be discontinued. Starr believes the additional time to answer will facilitate settlement and provide additional opportunity to reach a resolution.

The proposed extension of Starr's time to answer and adjournment of the conference are on consent of all parties, and one previous request for such an extension of time to answer has been made to this Court.

We appreciate the Court's time and consideration in this matter.

        Respectfully submitted,

        KELLY & CURTIS, PLLC

        By: /s/ Steven R. Shapiro
           Steven R. Shapiro
        *Attorneys for Defendant*
        STARR INDEMNITY & LIABILITY COMPANY

cc:

**VIA ELECTRONIC FILING**

USERY & ASSOCIATES
Lisa Szczepanski
P.O. Box 2996
Hartford, Connecticut 06104
(917) 778-6680
*Attorneys for Plaintiff*
THE PHOENIX INSURANCE COMPANY